AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Andrew Wrigley

)
)
)
)
)
)

Case: 1:21-mj-00026
Assigned To : Faruqui, Zia M.
Assign. Date : 1/11/2021
Description: Complaint w/ Arrest Warrant

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew Wrigley ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/11/2021

2021.01.11
17:50:02 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/13/2021, and the person was arrested on *(date)* 1/15/2021
at *(city and state)* JIM THORPE, PA

Date: 1/15/2021

*Arresting officer's signature*

DUSM R. LENAHAN
*Printed name and title*