IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21-cr-00042-ABJ |
| ANDREW WRIGLEY | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of defendant Andrew Wrigley in the above-captioned case. My contact information is set forth below.

/s/
ANN C. FLANNERY
Law Offices of Ann C. Flannery, LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
215.636.9002
acf@annflannerylaw.com

D.C. Bar No. 391004

Date: March 9, 2021