# Exhibit A













