# Exhibit B







