# Exhibit D

Matt McAvoy

████████ St.

Philadelphia, PA  19125

████████
████████████.ccom

Honorable Amy Berman Jackson

United States District Court

c/o Ann C. Flannery, Esq.

1835 Market Street, Suite 2900

Philadelphia, PA 19103

acf@annflannerylaw.com

October 29, 2021

Re: Sentencing of Andrew Wrigley

Crim. No. 21-42

Dear Judge Jackson:

I am writing this letter to support Andrew Wrigley during this difficult time.  I have known Andrew very well for about six years, and I feel that I can provide some useful information about his character.  I met Andrew through the local Philadelphia running community.  We both were very involved with different running groups, one of them pairs running guides with visually impaired runners and athletes.  I am visually impaired, so Andrew and I began running together regularly, since we had a similar pace and running distance.  As we ran sometimes multiple times per week together, and long training runs together, we became good friends, and I can say that training runs leading up to running a marathon together definitely provide adequate time to get to know someone.

During the years that I have known Andrew, I have learned that he is a very intelligent, caring, generous, and empathetic person, who has shown personal determination with his accomplishments in artwork and his personal business.  I literally trust Andrew with my life, as we have navigated traffic, other people in our path, and other obstacles during our training runs together.  From my own experience, I know that Andrew will always make sure the the disadvantaged person is cared for and and he is considerate of everyone.

I hope this information is helpful, and his strong character and good intentions are taken into consideration as you make your decision about his case.

Respectfully,

Matt McAvoy