# Exhibit E




